ROBERTS v. ALBANY AND NORTHERN RAILWAY COMPANY.

LEWIS, J. It appeared from the evidence of the plaintiff, who was an employee of the defendant railway company, that he was not free from fault, and that his negligence directly contributed to his injury. The nonsuit granted by the court below was therefore proper.

Judgment affirmed. All the Justices concurring.

Argued January 7, — Decided February 6, 1902.

Action for damages. Before Judge Spence. Dougherty superior court. April 4, 1901.

*Allen Fort, P. Ellis,* and *A. Doris,* for plaintiff.
*W. F. Clarke, D. H. Pope & Son,* and *F. A. Hooper,* for defendant.